# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

*====Electronically Filed====*

| | |
|---|---|
| JAMES SCOTT TIPMORE,<br>    Plaintiff,<br><br>v.<br><br>ARISTOCRAT LEISURE, LTD.;<br>ARISTOCRAT TECHNOLOGIES, INC.;<br>and PRODUCT MADNESS, INC.,<br>    Defendants. | Case No. 4:24-cv-00084-BJB |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, James Scott Tipmore, hereby voluntarily dismisses this action <u>with prejudice</u>.

Plaintiff makes no motion for attorney's fees or costs or any other relief.

Respectfully submitted this December 19, 2024.

                                                  RHOADS & RHOADS, PSC

                                                   /s/ Christopher L. Rhoads
                                                  Christopher L. Rhoads
                                                  115 East Second Street
                                                  P.O. Box 2023
                                                  Owensboro, KY 42302-2023
                                                  Tel:  (270) 683-4600
                                                  Fax:  (270) 683-1653
                                                  chris@rhoadsandrhoads.com

                                                  and

                    John E. Norris
                    Dargan Ware
                    DAVIS & NORRIS, LLP
                    The Bradshaw House
                    2154 Highland Avenue South
                    Birmingham, AL 34205
                    Tel:    (205) 930-9900
                    jnorris@davisnorris.com
                    dware@davisnorris.com

                    ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      This is to certify that on December 19, 2024, a true and correct copy of the foregoing Notice of Voluntary Dismissal with Prejudice was filed electronically via the Court's CM/ECF system, which will send a Notice of Electronic "Filing to all counsel of record.

                    /s/ Christopher L. Rhoads
                    Christopher L. Rhoads
                    Co-counsel for Plaintiff